IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN MARIE FETCHU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 3:22-cv-55 |
| v. ) | |
| ) | JUDGE KIM R. GIBSON |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | *(Electronic Filing)* |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT ORDER**

AND NOW, this  21st  day of  October , 2022, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                        APPROVED AND SO ORDERED:

                                        _____
                                        UNITED STATES DISTRICT JUDGE

cc:  All counsel of record